THE STATE ex rel. ORR, COLLECTOR, v. BOARD OF TRUSTEES OF WESTMINSTER COLLEGE, Appellant.

### Division One, May 27, 1903.

The case of State ex rel. v. Westminster College, p. 52 ante, is followed in this case.

Appeal from Hannibal Court of Common Pleas.—*Hon. D. H. Eby,* Judge.

REVERSED.

*F. L. Schofield* and *Chas. W. Bates* for appellant; *H. S. Priest* of counsel.

*Reuben F. Roy* and *Sidney J. Roy* for respondent.

VALLIANT, J.—This case is in all its facts like that of State ex rel. Morris against the same defendant, ante page 52, except that this plaintiff is the tax collector of the city of Hannibal.

For the reasons given in the opinion in that case the judgment in this case is reversed. All concur, except *Robinson, J.,* absent.